**FILED**

NOV 13 2012

Clerk, U.S District Court
District Of Montana
Missoula

ROBERT S. ANDERSON
Special Assistant U.S. Attorney
Senior Counsel, Environmental Crimes Section
Environment and Natural Resources Division
U.S. Department of Justice
105 E. Pine St., 2nd Floor
Missoula, MT 59802
Phone: (406) 829-3322
FAX: (406) 542-1476
Email: robert.anderson8@usdoj.gov

MARK STEGER SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. North
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: mark.smith3@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ 12-33- CSO |
| Plaintiff, | INFORMATION |
| vs. | UNLAWFUL TAKE OF MIGRATORY BIRDS (Counts I, II, III) |
| SM ENERGY CO., | Title 16 U.S.C. § 703, 707(a) |
| Defendant. | Penalty: Five years probation, $15,000 fine. |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

On or about October 3, 2007, in the District of Montana, the defendant, SM ENERGY CO., through a person and entity acting on its behalf, did unlawfully take approximately 2 migratory birds, as that term is defined in Title 50, Code of Federal Regulations, Sections 10.12 and 10.13, which died after contact with hydrocarbons or other liquids harmful to wildlife in an un-netted reserve pit operated by the defendant or its agents at the Johnson 14-31H well site in Richland County, and at no time had the defendant or the person or entity acting on its behalf obtained a permit or other valid authorization to take a migratory bird.

In violation of Title 16, United States Code, Sections 703 and 707(a).

## COUNT TWO

On or about and between September 18, 2007, and April 30, 2008, in the District of Wyoming, the defendant, SM ENERGY CO., through a person and entity acting on its behalf, did unlawfully take approximately 3 migratory birds, as that term is defined in Title 50,

Code of Federal Regulations, Sections 10.12 and 10.13, which died after contact with hydrocarbons or other liquids harmful to wildlife at poorly-netted and partially open reserve pits operated by the defendant or its agents at the Quealy Dome Field in Albany County and the Big Sand Draw Field in Fremont County, and at no time had the defendant or the person or entity acting on its behalf obtained a permit or other valid authorization to take a migratory bird.

In violation of Title 16, United States Code, Sections 703 and 707(a).

## COUNT THREE

On or about September 18, 2007, in the District of Nebraska, the defendant, SM ENERGY CO., through a person and entity acting on its behalf, did unlawfully take approximately 5 migratory birds, as that term is defined in Title 50, Code of Federal Regulations, Sections 10.12 and 10.13, which died after contact with hydrocarbons or other liquids harmful to wildlife at an un-netted reserve pit operated by the defendant or its agents at the Jormar Unit in Cheyenne County, and at no time had the defendant or the person or entity acting on its behalf obtained a permit or other valid authorization to take a migratory bird.

In violation of Title 16, United States Code, Sections 703 and

707(a).

DATED this 13ᵗʰ day of November, 2012.

MICHAEL W. COTTER
United States Attorney


ROBERT S. ANDERSON
Special Assistant U.S. Attorney
Attorney for Plaintiff


MARK STEGER SMITH
Assistant U.S. Attorney
Attorney for Plaintiff


KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff


MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

4